PER CURIAM.
 
 *
 

 GRANTED. The judgment of the court of appeal vacating the defendant’s conviction, habitual offender adjudication, and sentence is reversed. The State concedes
 
 *157
 
 the trial court failed to determine whether the defendant was competent to proceed prior to commencing jury trial; however, the State contends the matter should be remanded to the trial court for a determination of whether a nunc pro tunc finding of competency remains possible. We agree. Per
 
 State v. Snyder,
 
 98-1078 (La.4/14/99), 750 So.2d 882, we remand the matter to the trial court to determine whether a meaningful inquiry can be had regarding defendant’s competency. If it is found that a meaningful retrospective competency hearing is possible, we order the hearing to be conducted and the issue to be determined.
 

 JOHNSON, J., would deny the writ application.
 

 *
 

 Chief Justice Catherine D. Kimball not participating.